Submitted December 6, 1971. *Louis S. Cali*, for appellant; *Mark E. Kogan* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Stokes, Appellant.

Argued December 6, 1971. *John W. Packel*, Assistant Defender, with him *Andrea Levin*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *Maxine J. Stotland*, Assistant District Attorney, with her *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Stokes, Appellant.